UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Babinski Properties and Donald Babinski, Personally and as Executor of the Estate of John Babinski,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Union Insurance Company,<br><br>　　　　Defendant. | Civil File No.   09-4192<br><br>**NOTICE OF APPEARANCE** |

TO:   PLAINTIFFS AND THEIR ATTORNEYS:

Paul H. Linde of Schaffer Law Office, Prof. LLC, hereby provides notice that he and his firm are appearing as an additional attorney on behalf of the Defendant in the above-entitled matter.

Dated this 18th day of January, 2011.

　　　　　　　　　　　　　　　　　SCHAFFER LAW OFFICE, PROF. LLC

　　　　　　　　　　　　　　　　　*/s/ Paul H. Linde*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Paul H. Linde
　　　　　　　　　　　　　　　　　412 West 9th Street, Suite 1
　　　　　　　　　　　　　　　　　Sioux Falls SD  57104-3602
　　　　　　　　　　　　　　　　　Telephone:  (605) 274-6760
　　　　　　　　　　　　　　　　　Facsimile:   (605) 274-6764
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendant, hereby certifies that a true and correct copy of the foregoing Notice of Appearance was served by e-file upon:

> Mark Meierhenry
> mark@meierhenrylaw.com
> Clint Sargent
> clint@meierhenrylaw.com
> William Blewett
> bill@meierhenrylaw.com
> 315 S. Phillips Avenue
> Sioux Falls  SD  57104
>   *Attorneys for Plaintiffs*

this 18th day of January, 2011.

/s/ *Paul H. Linde*
_____