UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BABINSKI PROPERTIES, and DONALD BABINSKI, Personally and as Executor of the Estate of John Babinski, | ) ) ) ) ) | CIV. 09-4192-KES |
| Plaintiffs, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| UNION INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiffs' Motion for Partial Summary Judgment, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendant, Union Insurance Company, and against plaintiffs, Babinski Properties and Donald Babinski, personally and as executor of the estate of John Babinski.

IT IS FURTHER ORDERED that the clerk of court will shall assess costs against plaintiffs and in favor of defendant.

Dated June 13, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE